# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

LEVI WALLACE

DEFENDANT(S).

CASE NUMBER: 19 MJ02633
11cr2004

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: ✓ INDICTMENT
in the NORTHERN District of IOWA on 1/12/2011
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 841
to wit: CONTROLLED SUBSTANCE VIOLATION

A warrant for defendant's arrest was issued by: US MAGISTRATE JUDGE JON STUART SCOLES

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 6/25/19 , by

_____ , Deputy Clerk.

Signature of Agent

Print Name of Agent: GARCIA, JOSEPH

Agency: DHS/HSI

Title: SPECIAL AGENT

CR-52 (05/98)     AFFIDAVIT RE OUT-OF-DISTRICT WARRANT